**Doreen SHING, Plaintiff-Appellant,**

**v.**

**WAL MART CORPORATION, Defendant-Appellee.**

No. 16-1563

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2016

Decided: August 1, 2016

Doreen Shing, Appellant Pro Se. Rachelle Elizabeth Hill, Kevin Michael Kraham, LITTLER MENDELSON PC, Washington, D.C., for Appellee.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doreen Shing appeals the district court's order dismissing her complaint alleging vi-

olations of the Americans with Disabilities Act for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Shing v. Wal Mart Corp., No. 1:16-cv-00322-CCB (D. Md. May 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED